ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| McClain Contracting Company, Inc. | )     ASBCA No. 61904 |
| | ) |
| Under Contract No. NNS15AA10C | ) |

APPEARANCES FOR THE APPELLANT:     Joseph R. Duncan, Jr., Esq.
Jeremy Gaddy, Esq.
    Clark, May, Price, Lawley, Duncan &
     Paul, LLC
    Birmingham, AL

APPEARANCES FOR THE GOVERNMENT:     Scott Barber, Esq.
    NASA Chief Trial Attorney
Jeffrey A. Renshaw, Esq.
    Trial Attorney
    Stennis Space Center, MS

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 29, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61904, Appeal of McClain Contracting Company, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals